RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/21/11
CR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LARRY DEAN ROBERTSON | CIVIL ACTION NO. 6:09-cv-1617 |
| VERSUS | JUDGE HAIK |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Larry Dean Robertson's petition for writ of *habeas corpus* is **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana, this 20th day of April, 2011.

Richard T. Haik
United States District Judge